IN THE BANKRUPTCY COURT FOR THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re:

Christine Marie Livingson
    Debtor(s)

Case No. 07-53924-TJT
Chapter 7
Judge Thomas J. Tucker

_____/

## WITHDRAWAL OF TRUSTEE REPORT OF NO DISTRIBUTION

    DOUGLAS S. ELLMANN, having been appointed Trustee of the estate of the above-named debtor(s), requests that his Report of No Distribution be withdrawn because it was mistakenly filed.

Dated: September 12, 2007

/s/ Douglas S. Ellmann
Douglas S. Ellmann, Trustee
308 W. Huron
Ann Arbor, MI 48103
(734) 668-4800
Fax: (734) 662-3893
e-mail: dse@ellmannlaw.com