IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:            IN BANKRUPTCY

CHRISTINE M. LIVINGSTON      Case No. 07-53924
                                                    Chapter 7
        Debtor.

_____/

## **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL**

NOW COMES Debtor, Christine M. Livingston, through her attorneys, Tishkoff & Associates PLLC, and for her motion for voluntary dismissal, states:

1. Debtor filed a petition for relief under Chapter 7 of the Bankruptcy Code on July 18, 2007, and an order for relief was entered.

2. Debtor moves for a voluntary dismissal of the above-captioned matter pursuant to 11 USC §707, *inter alia*.

3. Debtor states that cause exists to dismiss the above-captioned matter as continuation of these proceedings will pose an undue hardship on herself and her family.

4. Debtor states that dismissal of the above-captioned matter will not pose an undue prejudice on her creditors.

WHEREFORE, Debtor respectfully requests that this Honorable Court enter an Order dismissing the above-captioned Chapter 7 proceeding, without prejudice [a proposed Order

Granting Debtor's Motion For Voluntary Dismissal is attached as Exhibit A].

    Respectfully submitted,

    Tishkoff & Associates PLLC

    /s/ Jennifer L. Brant
    By: Jennifer L. Brant (P67753)
    Attorney for Debtor
    407 North Main Street
    Ann Arbor, Michigan 48104-1127
    (734) 663-4077
    September 27, 2007
    jennifer@tishkofflaw.com



IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:            IN BANKRUPTCY

CHRISTINE M. LIVINGSTON        Case No. 07-53924
                                                            Chapter 7
          Debtor.

_____/

## **ORDER GRANTING DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL**

The above-named Debtor, Christine M. Livingston, having filed a request for dismissal of Debtor's case; notice of the above motion having been served on all creditors; no objection having been filed; and the Court being advised on the premises,

IT IS ORDERED that:

1. This Case is dismissed, without prejudice, and the Case shall proceed to be closed; and

2. The Clerk shall mail a copy of this order to the following, according to the records: (a) Debtor (b) Debtor's attorney; (c) the Trustee; (d) all creditors of Debtor; and (e) all other parties in interest in Debtor's estate.