UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                  07-53924-T
                                                                        (Chapter 7)

Livingston, Christine
    Debtor(s).
                                                                        Hon. Thomas J. Tucker
_____/

**TRUSTEE'S OBJECTION TO MOTION TO DISMISS**

Douglas Ellmann, Trustee hereby objects to the debtor's motion to dismiss because the dismissal would not be in the best interests of creditors or the estate.

.

Dated: 10/1/2007

                                                      /s/ Douglas Ellmann
                                                 Ellmann & Ellmann PC
                                                 Attorneys for Trustee
                                                 308 West Huron
                                                 Ann Arbor, MI 48103
                                                 734 668 4800
                                                 dse@ellmannlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                                               (Chapter 7)

Livingston, Christine               07-53924-T

               Debtor(s).                                                            Hon.Thomas J. Tucker

_____/

Certificate of Service

The objection to debtor's motion to dismiss, was served upon the following via first class mai or ecl:

US Trustee,                               Jennifer Brant, Esq.
211 West Fort St.                      attorney for debtor
Ste. 700                                    via ecf
Detroit, MI 48226,

Dated: 10/1/2007

                                                           /s/ Douglas Ellmann
                                                 Ellmann & Ellmann PC
                                                Attorneys for Trustee
                                                308 West Huron
                                                Ann Arbor, MI 48103
                                                734 668 4800
                                                dse@ellmannlaw.com